UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OVERNIGHT BLOWOUT LLC et al.,<br><br>                              Plaintiffs,<br><br>            -v.-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                              Defendants. | 25 Civ. 1790 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On March 19, 2025 at 12:30 p.m., the Court held a show cause hearing why a preliminary injunction should not issue. No Defendants appeared, and the Court was informed that service of all Defendants had not been completed. As stated on the record, good cause exists to extend the Temporary Restraining Order entered on March 5, 2025 (the "TRO") to allow Plaintiffs to effectuate service of process on all Defendants. *See* Fed. R. Civ. P. 65(b)(2). Accordingly, the Court hereby extends the TRO through March 31, 2025 at 7:00 p.m. *See id.*; *see also Cawthon v. Zhousunyijie*, 700 F. Supp. 3d 20, 31 n.2 (S.D.N.Y. 2023) ("A temporary restraining order can be extended beyond the 14-day limit for good cause, and while service is being effected.").

In addition, **within three (3) days of receipt of this Order,** GoDaddy shall suspend and cease providing services to domain name registration http://getdreamwave.com. *See* ECF No. 20 at 2-3.

By **March 26, 2025**, Plaintiffs shall file a letter updating the Court on the status of service. Defendants shall appear on **March 31, 2025** at **10:00 a.m.** to show cause why a preliminary injunction should not issue. The hearing will be conducted via telephone

conference. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 745 624 619#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

By no later than **March 26, 2025**, Plaintiffs shall serve Defendants with this Order by the method of service authorized in the TRO, ECF No. 20, and file proof of such service on the docket.

SO ORDERED.

Dated: March 19, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge