UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OVERNIGHT BLOWOUT LLC; YESENIA HIPOLITO<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:25-cv-01790-JHR |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement reached between the parties herein, Plaintiffs Overnight Blowout LLC and Yesenia Hipolito hereby give notice that their claims in the above-captioned action against Shenzhen Aikesente Electronic Technology Co., Ltd. d/b/a Ai ke sen; Sheng Zhou d/b/a BLINKEEN; Unknown Entity d/b/a Gohujanlin; Unknown Entity d/b/a haisongstore; and Unknown Entity d/b/a nagogaga are voluntarily dismissed from this action.

Dated: April 14, 2025

Respectfully submitted,

_____

Leo M. Lichtman
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, NY 10036
Tel.: (347) 745-2535
leo@esca.legal

*Attorney for Plaintiffs Overnight Blowout LLC and Yesenia Hipolito*